## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM SHELTON and ALECIA SHELTON,<br><br>       Plaintiffs,<br><br>vs.<br><br>YOUNG'S WELDING AND MACHINE SHOP, LLC,<br><br>       Defendant. | 8:14CV165<br><br>ORDER |

This matter is before the court on the plaintiffs' Motion to Amend Progression Order (Filing No. 61). The court held a telephone conference with counsel for the parties on October 28, 2015. Gary J. Nedved represented the plaintiffs and Roger G. Steele represented the defendant. Upon consideration,

**IT IS ORDERED:**

1. The plaintiffs' Motion to Amend Progression Order (Filing No. 61) is granted.

2. The remaining deadlines in the Order Setting Final Schedule for Progression of Case (Filing No. 45) are suspended.

3. The Final Pretrial Conference scheduled for November 13, 2015, is canceled.

4. The trial currently scheduled for the week of December 15, 2015, is canceled.

5. A telephone conference with the undersigned magistrate judge will be held **on November 23, 2015, at 9:00 a.m.**, for the purpose of reviewing the preparation of the case to date and scheduling of the case to trial. **Plaintiffs' counsel shall initiate the call**.

Dated this 28th day of October, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge